JS - 6

**FILED: 4/22/13**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Lauren Stutman*, | CASE NO. CV 12-9365-GHK (PJWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Mitchell R. Slutzky, et. al.*, | |
| Defendants. | |

Pursuant to the Court's April 22, 2013 Order, IT IS HEREBY ADJUDGED that Plaintiff Lauren Stutman's claims against Defendants Mitchell R. Slutzky and Che Senior Psychological Services are **DISMISSED without prejudice.**

**IT IS SO ORDERED**.

DATED: April 22, 2013

_____
GEORGE H. KING
Chief United States District Judge